**FILED**

_4:48_ o'clock _P_ M

JUL 1 2 2017

CAUSE NO. B 200364

**JAMIE SMITH, DISTRICT CLERK**
Jefferson County, Texas

BY _____ DEPUTY

| | | |
|---|---|---|
| AIG EUROPE LTD. | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| | § | JEFFERSON COUNTY, TEXAS |
| V. | § | |
| | § | |
| CATERPILLAR INC. AND | § | 60ᵗʰ JUDICIAL DISTRICT |
| DRAGON PRODUCTS, LLC | § | |
| Defendants. | § | |
| | § | **JURY DEMANDED** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Comes now, AIG EUROPE LTD., Plaintiff herein, complains of CATERPILLAR INC.

and DRAGON PRODUCTS, LLC, and alleges upon information and belief as follows:

### I.
### DISCOVERY CONTROL LEVEL

1.     Pursuant to the Texas Rules of Civil Procedure, discovery shall be conducted in accordance

with Tex. R. Civ. P. 190.3 (Level 2).

### II.
### PARTIES

2.     Plaintiff AIG Europe Ltd. ("AIG"), was and is now a foreign corporation with its principle

office and place of business in London, England. Pursuant to a policy of insurance, AIG paid its

insured, Baker Hughes Incorporated, for the loss of and damage to equipment that is the subject

of this lawsuit and has become subrogated to its insureds' rights, however those rights may appear.

3.     Defendant Caterpillar Inc. ("Caterpillar"), was and is now a foreign corporation with its

principal office and place of business in Peoria, Illinois. Caterpillar has regularly engaged in

business in Texas by selling and marketing products in the state of Texas. Caterpillar may be



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith

served with process through its registered agent for service of process CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

4.      Defendant Dragon Products, LLC ("Dragon"), was and is now a Texas corporation or similar entity which regularly does business in Texas. Dragon maintains a regular place of business in Texas at 1655 Louisiana Street, Beaumont, Texas 77701. Dragon may be served with process through its registered agent Casey Crenshaw, 1655 Louisiana Street, Beaumont, Texas 77701.

**III.**
**JURISDICTION AND VENUE**

5.      This court has subject matter jurisdiction as the amount in controversy exceeds $500.00 and no other court has exclusive jurisdiction over this case.

6.      Venue is proper in Jefferson County, Texas under Section 15.002 and 15.005 of the Texas Civil Practice and Remedies Code because at least one defendant's principal office in the state is located in this county and the actions against all defendants arise out of the same transaction, occurrence, or series of occurrences.

**IV.**
**FACTS**

7.      Baker Hughes Incorporated ("BHI") entered into a Master Service Agreement with XTO Energy Inc. ("MSA"). Pursuant to the MSA, BHI performed certain oilfield services for XTO, such as frac pumping operations.

8.      In July 2016, pursuant to the MSA, BHI was to conduct frac pumping operations at the St. Lucia Well Site, approximately 75 miles west of Odessa, Texas and 15 miles north of Mentone, Texas in Loving County, Texas. BHI had mobilized various types of equipment to complete the operation including, but not limited to, frac pump trailers, blender units, Sand King units, dual



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith

conveyor units, manifold units and chem add units. Baker Hughes was to utilize several frac pumping units including one identified as Unit Number 3.

9.      Upon information and belief, Caterpillar was the designer, manufacturer and/or supplier of an oil well servicing diesel engine ("Engine") installed on the frac pumping unit identified as Unit Number 3.

10.     Upon information and belief, Dragon was the designer, manufacturer and/or supplier of the frac pumping unit identified as Unit Number 3 which included the Engine manufactured by Caterpillar.

11.     BHI purchased the frac pumping unit identified as Unit Number 3 for certain oilfield services including frac pumping operations.

12.     On July 12, 2016, during frac pumping operations at the St. Lucia Well Site, a fire occurred which originated in Unit Number 3.

13.     The fire spread causing damage to other equipment owned by BHI located at the St. Lucia Well Site including, but not limited to, frac pump trailers, a manifold trailer, Sand King units, blender units, and a dual conveyor belt.

14.     The cause of the fire was found to be the failure of the Engine. The fire occurred when a connecting rod of the Engine was "thrown" through the crankcase which allowed fuel and/or oil within the engine to ignite.

15.     The Engine and its component parts were inadequate, insufficient, and/or unsuitable for use at the St. Lucia Well Site.

16.     Plaintiff AIG was, and is now, the insurer of the Engine and other equipment owned by BHI that was damaged located at the St. Lucia Well Site.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith
Page 3 of 9

## V.
## COUNT 1-NEGLIGENCE

17.  Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 16 as if set forth herein at length.

18.  Defendants knew, or in the exercise of reasonable care should have known, the Engine as manufactured and/or sold was and is a device of such a nature that if not properly manufactured, designed, tested, inspected, and distributed was likely to cause damage to property.

19.  Defendants had a duty to potential users of the Engine and BHI, to properly and safely design, manufacture, inspect, distribute, market, and/or provide instructions for the Engine.

20.  The Engine manufactured and/or supplied by Defendants was defective in its design, manufacture, and otherwise had deficient instructions regarding procedures for its installation and/or use.

21.  Defendants knew, or in the exercise of reasonable care should have known, that the Engine would be used for various applications, including the frac pumping operations.

22.  The Engine was designed, manufactured, and/or supplied by Defendants was not suitable for its intended use during frac pumping operations.

23.  Defendants were negligent in selecting and supplying the Engine which was inadequate and/or insufficient to prevent its failure during normal operation because it "threw" a connecting rod during normal operation.

24.  Defendants were negligent in selecting and supplying the Engine which was inadequate, insufficient, and/or unsuitable because it "threw" a connecting rod during normal operation.

25.  As a direct and foreseeable consequence of the Defendants' negligence in selecting and/or supplying the Engine, and negligence in providing instructions for the Engine, and the subsequent



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith
Page 4 of 9

failure of the Engine, a fire occurred at the St. Lucia Well Site, resulting in damages to equipment owned by BHI.

## VI.
## COUNT 2-DEFECT IN DESIGN

26.     Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 25 as if set forth herein at length.

27.     The Engine was designed, manufactured, and/or supplied by Defendants in a defective condition when supplied and/or distributed to BHI.

28.     Defendants knew, or in the exercise of reasonable care should have known, that the Engine was intended to be used for various applications, including frac pumping operations.

29.     Defendants knew, or in the exercise of reasonable care should have known, that the failure of the Engine would threaten property.

30.     The Engine was expected to and, in fact, did reach BHI, as user of the Engine, without substantial change in the condition in which it was advertised, sold, and/or supplied by Defendants.

31.     The design of the Engine was defective in that it was not sufficient to prevent the engine from "throwing" a connecting rod during normal operation.

32.     The design of the Engine was defective and inadequate because it "threw" a connecting rod during normal operation.

33.     The Engine was unreasonably dangerous to Plaintiff and its property in that it "threw" a connecting rod during normal operation.

34.     The Engine was in a defective condition and unreasonably dangerous to BHI and its property located at the St. Lucia Well Site in that the failure of the Engine would and did result in a fire which caused damage to equipment owned by BHI.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Page 5 of 9

35.     As a direct and foreseeable consequence of the defective design of the Engine and its

subsequent failure, a fire occurred at the St. Lucia Well Site, resulting in damages to equipment

owned by BHI.

## VI.
## COUNT 3-DEFECT IN MANUFACTURE

36.     Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through

35 as if set forth herein at length.

37.     The Engine, including component parts, which was designed, manufactured, and/or

supplied by Defendants was in a defective condition when supplied and/or distributed to BHI.

38.     Defendants knew, or in the exercise of reasonable care should have known, that the Engine

was intended to be used for various applications, including frac pumping operations.

39.     Defendants knew, or in the exercise of reasonable care should have known, that the failure

of the Engine would threaten property.

40.     The Engine was expected to and, in fact, did reach BHI, as user of the Engine, without

substantial change in the condition in which it was advertised, sold, and/or supplied by Defendants.

41.     The manufacture of the Engine was defective in that it was not sufficient to prevent the

engine from "throwing" a connecting rod during normal operation.

42.     The manufacture of the Engine was defective in that the Engine was inadequate because it

"threw" a connecting rod during normal operation, thus, the Engine was also unstable.

43.     The Engine was unreasonably dangerous to Plaintiff and its property in that the failure of

the Engine placed property owned by BHI at risk of harm.

44.     The Engine was in a defective condition and unreasonably dangerous to BHI and its

property located at the St. Lucia Well Site in that the failure of the Engine would and did result in

a fire which caused damage to equipment owned by BHI.

I CERTIFY THIS IS A TRUE COPY
Witness my hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith

45.     As a direct and foreseeable consequence of the defective manufacture of the Engine and its subsequent failure, a fire occurred at the St. Lucia Well Site, resulting in damages to equipment owned by BHI.

## VI.
## COUNT 4-BREACH OF CONTRACT, QUASI-CONTRACT, AND/OR WARRANTY

46.     Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 45 as if set forth herein at length.

47.     If any of the damages alleged herein are governed by principles of contract, quasi-contract, and/or warranty, Defendants have breached such provisions, duties, and obligations with respect to the Engine.

48.     Dragon and/or Caterpillar breached the implied warranty of merchantability.

49.     At the time of the sale, the Engine was not of merchantable quality. The Engine was not fit for its ordinary purpose because it "threw" a connecting rod during normal operation.

50.     As a direct and foreseeable consequence of the breach of the implied warranty of merchantability, a fire occurred at the St. Lucia Well Site, resulting in damages to equipment owned by BHI.

## VII.
## DAMAGES

51.     As a direct and proximate result of the activities described above, Plaintiff has suffered damages in the amount of at least ELEVEN MILLION, EIGHT HUNDRED THOUSAND AND 00/100 DOLLARS ($11,800,000), plus prejudgment interest and post judgment interest.

## VIII.
## JURY DEMAND

52.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

IX.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith

## CONDITIONS PRECEDENT

53.     All conditions precedent necessary to maintain this lawsuit have been performed or have occurred.

## IX.
## REQUEST FOR DISCLOSURE

54.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests that Defendants disclose, within fifty (50) days of service of this petition, the information or material described in Rule 194.2(a-l).

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein and that, upon final trial, Plaintiff have judgment against Defendants as follows:

a.   actual damages of at least $11,800,000 for the above-stated causes of action;

b.   prejudgment interest and postjudgment interest at the maximum legal rate;

c.   reasonable and necessary attorney's fees;

d.   all costs of court; and

e.   for such other and further relief, general or special, at law or in equity, to which Plaintiff may show itself to be justly entitled.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Page 8 of 9

Respectfully submitted,

*/S/ Ryan J. Vechan*

_____

RYAN J. VECHAN
Texas Bar No.:24093298
Hill Rivkins LLP
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Telephone:     (713) 222-1515
Facsimile:      (713) 222-1359
E-mail: rvechan@hillrivkins.com

ATTORNEY FOR PLAINTIFF
AIG EUROPE LTD.



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

9

Page 9 of 9

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED AIG Europe Ltd v. Caterpillar Inc. and Dragon Products LLC

*(e.g., John Smith v. All American Insurance Co. In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**FILED**

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** Ryan Vechan | **Email:** rvechan@hillrvkirk.com | **Plaintiff(s)/Petitioner(s):** AIG Europe Ltd | ☐ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| **Address:** 55 Waugh Drive, Ste. 1200 | **Telephone:** 713.222-1515 | | **JUL 12 2017** JAMIE SMITH, DISTRICT CLERK Jefferson County, Texas BY _____ DEPUTY |
| **City/State/Zip:** Houston, Tx. 77007 | **Fax:** 713 222 1359 | **Defendant(s)/Respondent(s):** Caterpillar Inc. & Dragon Products LLC | **Additional Parties in Child Support Case:** **Custodial Parent:** **Non-Custodial Parent:** |
| **Signature:** | **State Bar No:** 24093298 | *[Attach additional page as necessary to list all parties]* | **Presumed Father:** |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order |
| *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: | ☐ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: ☒ Other Injury or Damage: Property | **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: | **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: | **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: | | |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Page 1 of 2

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

### 1. Contact information

**a) Contact information for person completing case information sheet.** Enter the following information:
- name;
- address;
- city, state, and zip code;
- email address;
- telephone number;
- fax number, if available;
- State Bar number, if the person is an attorney; and
- signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

**b) Names of parties in the case.** Enter the name(s) of the:
(*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
- plaintiff(s) or petitioner(s);
- defendant(s) or respondent(s); and
- in child support cases, additional parties in the case, including the:
   - custodial parent;
   - non-custodial parent; and
   - presumed father.

   Attach an additional page as necessary to list all parties.

**c) Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
- an attorney for the plaintiff or petitioner;
- a *pro se* (self-represented) plaintiff or petitioner;
- the Title IV-D agency; or
- other (provide name of person or entity).

### 2. Case type.
Select the case category that best reflects the most important issue in the case. *You must select only one.*

### 3. Procedure or remedy.
If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

### 4. Damages sought.
Select the damages being sought in the case:
(*NOTE: If the claim is governed by the Family Code, do **not** indicate the damages sought.*)
- only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;
- monetary relief over $100,000 or less and non-monetary relief;
- monetary relief over $100,000 but not more than $200,000;
- monetary relief over $200,000 but not more than $1,000,000; or
- monetary relief over $1,000,000.

CERTIFIED A TRUE COPY
JEFFERSON COUNTY, TEXAS
Witness my hand and seal of office
JULY 20, 2017
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith
Page 2 of 2

Rev 2/13

# CIVIL PROCESS REQUEST FORM

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| --- |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): **Plainitiff's Original Petion and Request for Disclosure**

**FILE DATE OF MOTION:** <u>July 12, 2017</u>
Month/      Day/      Year

**FILED**
at _4:48_ o'clock _____ M

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

JUL 1 2 2017

1.  **NAME: Caterpillar, Inc.**

    **ADDRESS:** 1999 Bryan Street, Suite 900, Houston, Texas 75201

    **AGENT,** (if applicable): c/o CT Corporation System

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas
BY _____ DEPUTY

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citaton for service of process

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                     ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
    Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☒ **OTHER,** explain <u>Please mail back to attorney - call to advise when ready 713.222.1515</u>

**ATTENTION: Effective June1, 2010**

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,

*************************************************************************************************

2.  **NAME: Dragon Products LLC**

    **ADDRESS:** 1655 Louisiana Street, Beaumont, Texas 77701

    **AGENT,** (if applicable): c/o Casey Crenshaw

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citatoin for service of process

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- ☒ **MAIL**                     ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
    Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                            ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☒ **OTHER,** explain <u>Please mail back to attorney - call to advise when ready 713-222-1515</u>

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME: Ryan J. Vechan** TEXAS BAR NO./ID NO. 24093298

**MAILING ADDRESS:** Hill Rivkins LLP, 55 Waugh Drive, Suite 1200, Houston, Texas 77007

**PHONE NUMBER:** 713-222-1515   FAX NUMBER: 713-222-1359

**EMAIL ADDRESS:** rvechan@hillrivkins.com; rlandin@hillrivkins.com

Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form          Rev. 5/7/10

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

**INSTRUMENTS TO BE SERVED:**
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:

ORDER TO: _____
                                     (specify)

MOTION TO: _____
                                     (specify)

**PROCESS TYPES:**

**NON WRIT:**
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

**WRITS:**
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith* Page 2 of 2

Page 2 of 2

# RECEIPT FOR FEES                                    E-FILING

Cause No: B-0200364        Date:  7/13/17        Receipt No:  387801
   Style:  AIG EUROPE LTD
        vs CATERPILLAR INC ET AL

 Paid By: VECHAN, RYAN J                                      P
 Amt Paid:        364.64 EFILE018168580-0   Bal Due:

    10.00      RECORDS MANAGEMENT        10.00    COURT RECORD PRESERVATIO
    10.00      RECORDS ARCHIVE FEE       36.00    COPIES
    50.00      COUNTY FILING FEE         40.00    JURY
    50.00      STATE FILING FEE
    10.00      LIBRARY FEE
    15.00      MEDIATION CENTER FEE
    15.00      STENO
     5.00      SECURITY FEE
    10.00      INDIGENT FEE
    42.00      JUDICIAL SUPPORT
     5.00      APPELLATE JUDICIAL SYSTE
    30.00      ELECTRONIC FILING FEE

            JAMIE SMITH, CLERK DISTRICT COURTS
                 Jefferson County, Texas

                    By: _____
                        ODBC              Deputy
_____



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*
Page 1 of 1

C0200364---00004

CITATION

# THE STATE OF TEXAS

## No.  B-0200364

## AIG EUROPE LTD
## VS. CATERPILLAR INC ET AL

## CITATION

## 60 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:   **CATERPILLAR INC**
      **BY SERVING ITS REGISTERED AGENT**
      **CT CORPORATION SYSTEM**

by serving at:
**1999 BRYAN STREET**
**SUITE 900**
**HOUSTON, TX    75201**                                    **DEFENDANT:**

NOTICE:

     You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 13th day of July, 2017.   It bears cause number B-0200364 and is styled:

                                                                                 Plaintiff:

        **AIG EUROPE LTD**

VS.

        **CATERPILLAR INC ET AL**

                                                                              Defendant:

     The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

                **VECHAN, RYAN J, Atty.**
                **55 WAUGH DRIVE SUITE 1200**
                **HOUSTON, TX    77007 0**

     The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) REQUEST FOR DISCLOSURE, ALSO ATTACHED LETTER DESIGNATING ALL CASES E FILED. accompanying this citation and made a part thereof.

     Issued under my hand and the seal of said court, at Beaumont, Texas, this the 13th day of July, 2017.

                            JAMIE SMITH, DISTRICT CLERK
                            JEFFERSON COUNTY, TEXAS

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

BY   *Valencia Simpson*   Deputy

Valencia

Page 1 of 2

# RETURN OF SERVICE

B-0200364          **60 th** JUDICIAL DISTRICT COURT

## AIG EUROPE LTD

## CATERPILLAR INC ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE**:
**CATERPILLAR INC**
**BY SERVING** ITS REGISTERED AGENT

HOUSTON, TX 75201 0000

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ___.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**

Serving Petition and Copy  $_____

Total                                  $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
          (First, Middle, Last)

_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**July 20, 2017**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith    Page 2 of 2



C0200364---00005

CITATION

# THE STATE OF TEXAS

## No.  B-0200364

### AIG EUROPE LTD
### VS.  CATERPILLAR INC ET AL

## CITATION

## 60 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:   **DRAGON PRODUCTS LLC**
**BY SERVING ITS REGISTERED AGENT**
**CASEY CRENSHAW**

by serving at:
**1655 LOUISIANA STREET**
**BEAUMONT, TX     77701**

**DEFENDANT:**

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 13th day of July, 2017.  It bears cause number B-0200364 and is styled:

Plaintiff:

**AIG EUROPE LTD**

VS.

**CATERPILLAR INC ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

**VECHAN, RYAN J, Atty.**
**55 WAUGH DRIVE SUITE 1200**
**HOUSTON, TX    77007 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) REQUEST FOR DISCLOSURE, ALSO ATTACHED LETTER DESIGNATING ALL CASES E FILED. accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 13th day of July, 2017.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY   *Valencia Simpson*   Deputy

Valencia

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*

Page 1 of 2

# RETURN OF SERVICE

B-0200364          60 th JUDICIAL DISTRICT COURT

**AIG EUROPE** LTD

**CATERPILLAR INC** ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE**:
**DRAGON PRODUCTS** LLC
**BY SERVING** ITS REGISTERED AGENT

BEAUMONT, TX 77701 0000

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy  $_____

Total                      $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
          (First, Middle, Last)

_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

July 20, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*

Page 2 of 2

**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
**7/21/2017 10:33 AM**
**JAMIE SMITH**
**DISTRICT CLERK**
**B-200364**

NO. B200364

| | | |
|---|---|---|
| AIG EUROPE LTD. | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| CATERPILLAR INC. AND | § | |
| DRAGON PRODUCTS, LLC | § | |
| | § | |
| Defendants. | § | 60TH JUDICIAL DISTRICT |

## DEFENDANT CATERPILLAR INC.'S ORIGINAL ANSWER
## TO PLAINTIFF'S ORIGINAL PETITION

Defendant Caterpillar Inc. ("Caterpillar") files this Original Answer to Plaintiff AIG Europe Ltd.'s Original Petition and in support shows the following:

### I.
### GENERAL DENIAL

1.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Caterpillar asserts a general denial, denies each and every allegation made by Plaintiff AIG Europe Ltd. ("Plaintiff") and demands strict proof thereof.

### II.
### AFFIRMATIVE DEFENSES

2.      Subject to and without waiving any other defenses, Caterpillar would show that Plaintiff's alleged injuries and damages are the result of its failure to mitigate by failing to act as one of ordinary prudence would have done under the same or similar circumstances. Such a failure to mitigate is the sole or partial cause in fact of the alleged injuries and damages.

3.      Caterpillar specifically invokes the provisions of Chapters 32 and 33 of the Texas Civil Practice and Remedies Code, the common law of the State of Texas, and the provisions of any other applicable statutes with respect to the determination of proportionate responsibility of



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 24, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith  Page 1 of 4

any party, responsible party, or settling party, and Caterpillar claims the right to make such

election or credit settlement as is permitted by statute.

    4.    Additional and alternatively, Caterpillar pleads and reserves the following rights

pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code:

        (a) that it is entitled to and should receive a settlement credit if any party settles;

        (b) the right to a reduction in liability and damages as determined by the trier of fact for any percentage of responsibility for each claimant, defendant, cross-defendant or counter-defendant, contributing person, responsible third party, liable defendant or settling person or party;

        (c) the right to a full reduction or limitation of any sums which may be recovered by the claimants in accordance with various assessments of liability by the trier of fact with regards to the responsibility or liability of each claimant, each defendant, cross-defendant, counter-defendant, contributing person, liable defendant, responsible third party, and settling person or party;

        (d) the right to contribution and indemnification from any other person or entity found to be liable to Plaintiff; and

        (e) that Caterpillar exercise its right to the full application of the comparative responsibility statute, proportionate responsibility statute, and contributory negligence by the determinations of liability for each defendant, each cross or counter-defendant, each contributing person, each liable defendant, responsible third party and each settling person and/or party.

    5.    Pleading further, in the alternative, and by way of affirmative defense, Caterpillar

states that the damages sought by Plaintiff, if any, were proximately caused, in whole or in part,

by independent, intervening, or superseding causes, including acts and omissions of others over

which Caterpillar had no control or right of control.

    6.    Pleading further, in the alternative, and by way of affirmative defense, Caterpillar

further pleads that Plaintiff's alleged damages and Caterpillar's liability, if any, arising from

acts or omissions complained of by Plaintiff are barred or limited in whole or in part by the

terms of applicable contracts, agreements, disclaimers, and/or warranties.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 24, 2017
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith Page 2 of 4

7.     Pleading further, in the alternative, and by way of affirmative defense, Caterpillar further pleads that Plaintiff's claims are barred, in whole or in part, because all express and implied warranties have been disclaimed as set forth by the terms of the applicable contracts, agreements, disclosures, and/or warranties.

8.     Pleading further, in the alternative, and by way of affirmative defense, Caterpillar asserts the affirmative defense of misuse and improper maintenance of the subject equipment and engine.

9.     Pleading further, in the alternative, and by way of affirmative defense, Caterpillar asserts the affirmative defense of lack of contractual privity.

10.     Pleading further, in the alternative, and by way of affirmative defense, Caterpillar asserts that Plaintiff's claims are barred by the applicable statute of limitations.

11.     Caterpillar reserves its right to amend its Answer to assert additional defenses, and other claims and defenses as discovery in this case progresses and as evidence is developed at trial.

### III.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Caterpillar Inc. prays that upon the trial or hearing of this matter, Plaintiff recovers nothing against Caterpillar Inc., that the Petition be dismissed, that costs of court be assessed against Plaintiff, and for such other and further relief, both general and specific, at law or in equity, to which Caterpillar Inc. is justly entitled.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 24, 2017
JAMIE SMITH , DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 3 of 4

Respectfully submitted,

BAKER & HOSTETLER LLP

By:___*/s/ Brad K. Howell*_____

    W. Ray Whitman, lead counsel
    State Bar No. 21379000
    rwhitman@bakerlaw.com
    Brad K. Howell
    bhowell@bakerlaw.com
    State Bar No. 24012860
    Matt R. Raley
    mraley@bakerlaw.com
    State Bar No. 24051224
    811 Main Street, Suite 1100
    Houston, Texas  77002-6111
    Telephone:  713.751.1600
    Facsimile:  713.751.1717

ATTORNEYS FOR CATERPILLAR INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, the foregoing document was forwarded by electronic filing / service to the following counsel of record:

Ryan J. Vechan
HILL RIVKINS LLP
55 Waugh Drive, Suite 1200
Houston, Texas  77007
Email:  rvechan@hillrivkins.com

*Attorneys for Plaintiff*
*AIG Europe Ltd.*

___*/s/ Matt R. Raley*_____
Matt R. Raley


I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 24, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith Page 4 of 4



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 1826913 Total Pages: 4

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are valid. If there is a question regarding the validity of this document and or seal   please e-mail districtclerk@co.jefferson.tx.us**